# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# CASE NO. 8:22-cv-00520-TPB-UAM

| | |
|---|---|
| BABAK PAYROW, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CHAD CHRONISTER, in his official capacity as | ) |
|     Sheriff of Hillsborough County; | ) |
| DAVID CLOUD, in his individual capacity; | ) |
|     Defendants. | ) |

## AMENDED NOTICE OF APPEAL

**NOTICE** is hereby given that **MEHRNOOSH PAYROW**, the appointed plenary guardian for Plaintiff, **BABAK PAYROW**, files her *Amended Notice of Appeal* on behalf of BABAK PAYROW to the United States Court of Appeals for the Eleventh Circuit, for purposes of appealing the District Court's **ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** [DE 115] and **JUDGMENT IN A CIVIL CASE** [DE 116], signed by the District Court and entered on the docket on September 30, 2024.

                                                          Respectfully submitted by,
                                                          *s/ Kevin R. Anderson*
                                                          KEVIN R. ANDERSON, ESQUIRE
                                                          Florida Bar No. 0044857
                                                          ANDERSON & WELCH, LLC
                                                          500 S. Australian Ave., 6th Flr.
                                                          West Palm Beach, FL 33401-6237
                                                          Tel:  561-832-3386; Fax: 561-820-4867
                                                          E-mail:  kan@andersonandwelch.com
                                                          andewelch@andersonandwelch.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon counsel on the incorporated service list.

DATED this **21st** day of **January, 2025.**

                                         *s/ Kevin R. Anderson*
                                         KEVIN R. ANDERSON, ESQUIRE
                                         Florida Bar No. 0044857
                                         ANDERSON & WELCH, LLC
                                         500 S. Australian Ave., 6th Flr.
                                         West Palm Beach, FL 33401-6237
                                         Tel:  561-832-3386
                                         Fax: 561-820-4867
                                         E-mail:  kan@andersonandwelch.com
                                         andewelch@andersonandwelch.com

**SERVICE LIST**
*Babak Payrow v. Chad Chronister, in his official capacity as Sheriff of Hillsborough County and David Cloud, in his individual capacity*
**CASE NO.: 8:22-CV-00520-TPB-UAM**
In The District Court of Middle District of Tampa Division, Florida

Kevin R. Anderson, Esq.
Florida Bar No.: 0044857
Anderson & Welch, LLC
500 S. Australian Ave., 6th Floor
West Palm Beach, FL 33401-6237
Telephone: 561-832-3386
Facsimile: 561-820-4867
Email: Kan@andersonandwelch.com
Andewelch@andersonandwelch.com
*Attorney for Plaintiff*


Jill Hamel Harris, Esq.
Florida Bar No.: 583464
Hillsborough County Sheriff's Office
Legal Division
P.O. Box 3371
Tampa, FL 33601
Tel: 813-247-0975
Email: jhharris@teamhcso.com


Michelle Sylvia Maxwell, Esq.
Florida Bar No.: 28110
Hillsborough County Sheriff's Office
Legal Division
P.O. Box 3371
Tampa, FL 33601
Tel: 813-247-8178
Email: mmaxwell@teamhcso.com